IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERRY WOFFORD, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:12-CV-681-N (BF) |
| | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
|    Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled.

Accordingly, the Commissioner's decision denying Plaintiff's application is **AFFIRMED** and Plaintiff's Complaint is dismissed with prejudice.

**SO ORDERED** this 18th day of March, 2013.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE